Linda Wendell Hsu (SBN #162971)
Selman Breitman LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Phone: (415) 979-0400
Facsimile: (415) 979-2099
Attorney for Plaintiff Colony Insurance Company


Tod M. Ratfield (148545)
Attorney at Law
1233 Alpine Road
Walnut Creek, CA 94596
Phone: (925) 934-3300
Facsimile: (925) 934-9775

Attorney for Defendants California Grand Casino and Lamar V. Wilkinson

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA GRAND CASINO, a California Corporation, LAMAR V. WILKINSON and DOES 1 through 50, Inclusive,<br><br>Defendants. | No. C06-6413 (PJH)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE MEDIATION AND STAY OF PROCEEDINGS |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS Plaintiff Colony Insurance Company filed its Complaint on October 13, 2006;

WHEREAS Defendants' counsel accepted service of the Summons and Complaint;

1
Stipulation and [Proposed] Order Re Mediation and Stay of Proceedings

WHEREAS Defendants' responsive pleadings were due to be filed on December 11, 2006;

WHEREAS the parties recently agreed to mediate the matter within 90 days;

WHEREAS the parties agree to stay the proceedings in this action until mediation is completed, which will be accomplished by March 15, 2007;

WHEREAS the last day to file the ADR certification or stipulation to ADR process is December 28, 2006;

WHEREAS the date to complete the initial disclosures, file Case Management Statements and the Rule 26(f) Report is January 11, 2007;

WHEREAS the Case Management Conference is set for January 18, 2007 in Department 3.

IT IS HEREBY STIPULATED AND AGREED that (1) mediation will be completed by March 15, 2007; (2) the proceedings shall be stayed until completion of mediation; (3) defendants' responsive pleadings are due within fourteen (14) days of the termination of mediation; (4) the filing of the parties' initial disclosures, Case Management Statements and the Rule 26(f) Report shall be continued to ~~March 31~~ April 5, 2007; and (5) the CMC of January 18, 2007 shall be continued to April 12, 2007.

///

///

///

///

///

IT IS SO STIPULATED.

Dated: December ___, 2006                Respectfully submitted,

                                         SELMAN BREITMAN LLP

                                         By /S/
                                         _____
                                         Linda Wendell Hsu
                                         Attorney for Plaintiff
                                         Colony Insurance Company


Dated: December ___, 2006                Law Offices of Tod M. Ratfield

                                         By /S/
                                         _____
                                         Attorney for Defendant
                                         California Grand Casino
                                         and Lamar V. Wilkinson

IT IS SO ORDERED.
   1/3/07
                                         IT IS SO ORDERED
                                         [signature]
                                         Judge Phyllis J. Hamilton