```
LINDA WENDELL HSU    (SBN 162971)
VIVIAN L. LERCHE     (SBN 149984)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099
E-mail:    lhsu@selmanbreitman.com
           vlerche@selmanbreitman.com

Attorneys for Plaintiff
COLONY INSURANCE COMPANY
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA GRAND CASINO, a California Corporation, LAMAR V. WILKINSON. and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO. C 06 6413 PJH<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

   IT IS HEREBY STIPULATED by and between the parties to this action, through the plaintiff's attorneys of record and through the defendants' attorneys of record, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1),

/ / /

/ / /

/ / /

Selman Breitman LLP
ATTORNEYS AT LAW

129258.1 728.22778

/ / /each side to bear its own fees and costs.

DATED:                          SELMAN BREITMAN LLP

                                By: _____
                                    Linda Wendell Hsu, Esq.
                                    Attorneys for Plaintiff
                                    Colony Insurance Company

DATED: 5/10/07                  LAW OFFICES OF TOD M. RATFIELD

                                By: _____
                                    Tod M. Ratfield, Esq
                                    Attorney for Defendants
                                    California Grand Casino, Inc.,
                                    and Lamar V. Wilkinson

**ORDER**

IT IS SO ORDERED.

DATED:  May 17    , 2007

                                By: _____
                                    HON. PHYLLIS J. HAMILTON
                                    United States District Judge
                                    Northern District of California

*IT IS SO ORDERED — Judge Phyllis J. Hamilton — United States District Court, Northern District of California*

2

Stipulation & Order of Dismissal
C 06 6413 PJH

129258.1 728.22778

Selman Breitman LLP
ATTORNEYS AT LAW